# EXHIBIT A

**(Keith Declaration)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
Mercantile Bancorp, Inc., : Case No. 13-11634 (___)
:
       Debtor. :
:
---------------------------------------------------------------x

**DECLARATION OF LEE ROY KEITH IN SUPPORT OF APPLICATION
OF DEBTOR MERCANTILE BANCORP, INC. FOR AN ORDER
APPOINTING UPSHOT SERVICES LLC AS CLAIMS AND NOTICING
AGENT *NUNC PRO TUNC* TO THE PETITION DATE**

    Lee Roy Keith, being duly sworn, deposes and says:

    1.    I am the President and Chief Executive Officer of Mercantile Bancorp, Inc. (the "Debtor"). I submit this declaration as required by the Court's *Protocol for the Employment of Claims and Noticing Agents under 28 U.S.C. § 156(c)*. The matters set forth herein are of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

    2.    The Debtor selected UpShot Services LLC ("Upshot") following a competitive process through which the Debtor sought and reviewed engagement proposals from UpShot as well as two other Court-approved claims and noticing agents.

*[remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2013

_____
Lee Roy Keith
President and Chief Executive Officer
Mercantile Bancorp, Inc.

EAST\56185097.3