**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Mercantile Bancorp, Inc. | : | Case No. 13-11634 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF TRUST |
| Debtors. | : | PREFERRED SECURITIES |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Trust Preferred Securities Holders in connection with the above captioned case:

1. **Trapeza Capital Management, LLC as Collateral Manager for Trapeza CDO XIII, Ltd.**, Attn: Carolyn Thagard, 441 Vine Street, Suite 1300, Cincinnati, OH 45202, Phone: 205-877-9765

2. **Wilmington Trust Company, as Indenture Trustee for Mercantile Bancorp Capital Trust I**, Attn: Steven Cimalore & Geoffrey Lewis, Rodney Square North, 1100 N. Market Street, Wilmington DE 19890, Phone: 302-636-6058, Fax: 302-651-4149

3. **US Capital Funding V Ltd., c/o Stone Castle Advisors LLC,** Attn: Jim Brennan, 152 West 57th Street, 35th Floor, New York, NY 10019, Phone: 212-354-6500, Fax: 212-354-6565


ROBERTA A. DEANGELIS
United States Trustee, Region 3


  /s/ Mark Kenney for,
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 16, 2013

Attorney assigned to this Case: Mark Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Stuart Brown, Esquire, Phone: (302) 468-5640, Fax: (302) 778-7913